# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 29 MM 2015
:
               Respondent :
:
:
:
               v. :
:
:
:
GRAHAM B. SPANIER, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2015, the Application to File Under Seal and the Application for Leave to File Response are **GRANTED**, and the Application for Extraordinary Relief is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's challenges pending in the Superior Court. *See Commonwealth v. Spanier*, 304 MDA 2015; *Commonwealth v. Spanier*, 15 MDM 2015.

    Mr. Justice Stevens joins the Order in all respects, except that he would deny the application to file under seal.